■ In the Matter of SANFORD L. CHURCH, an Attorney. — Order of suspension entered pursuant to section 90 (subd 4, par f) of the Judiciary Law. Present — Dillon, P.J., Cardamone, Simons, Hancock, Jr., and Schnepp, JJ. (Order entered May 4, 1981.)